**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Celso Salazar CASTILLO,**
**Defendant–Appellant.**

No. 05–10178
Non–Argument Calendar.
D.C. Docket No. 04–00008–CR–HL–6.

United States Court of Appeals,
Eleventh Circuit.

Sept. 6, 2005.

Dean S. Daskal, U.S. Attorney'S Office, Columbus, GA, for Plaintiff–Appellee.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Before BLACK, WILSON and PRYOR, Circuit Judges.

PER CURIAM.

Rick D. Collum, appointed counsel for Celso Salazar Castillo, in this direct criminal appeal, has moved to withdraw and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is GRANTED, and Castillo's conviction and sentence is AFFIRMED.